No. 13–0119/MC. U.S. v. Jonathan B. Law. CCA 201100286. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 6, 2012.

No. 13–8012/AR. Nidal M. Hasan, Appellant v. Gregory Gross, Colonel, U.S. Army Military Judge, Appellee. CCA 20120877. Appellant's motion to waive submission of an additional joint appendix is granted.

Misc. No. 13–8010/AR. U.S. v. Reinel Casa–Garcia. CCA 20111047. On consideration of Appellant's writ-appeal petition, said petition is hereby denied.

No. 11–0558/AR. U.S. v. Alvaro Garcia, Jr. CCA 20080839. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review is hereby granted, *but only up to and including December 3, 2012*, and *absent extraordinary circumstances, no further extension of time will be granted in this case*.

No. 13–0121/MC. U.S. v. Kenneth Belcher. CCA 201200079. Appellant's motion to extend time to file the supplement to the petition for grant of review is hereby granted to December 7, 2012.

No. 13–8010/AR. U.S. v. Reinel Casa–Garcia. CCA 20111047. Appellee's motion to file government designated portions of the joint appendix is hereby granted.